IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KEITH COOPER, | * |
| Plaintiff, | * |
| v. | Case No. 4:18-cv-82 (CDL) |
| | * |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 11, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 12th day of December 2018.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk